# United States Court of Appeals
### For the Eighth Circuit

———————————————————

## No. 21-1921

———————————————————

United States of America

*Plaintiff - Appellee*

v.

Stephen Alexander Miles

*Defendant - Appellant*

———————

Appeal from United States District Court
for the Northern District of Iowa - Eastern

———————

Submitted: September 17, 2021
Filed: September 30, 2021
[Unpublished]

———————

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Stephen Miles appeals the sentence imposed by the district court[1] after he pleaded guilty to a firearm offense. His counsel has moved for leave to withdraw,

———————————————————

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (sentences are reviewed for substantive reasonableness under deferential abuse of discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors). The record establishes that the district court adequately considered the sentencing factors listed in 18 U.S.C. § 3553(a). <u>See</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and grant counsel's motion to withdraw.

_____